## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 741 CAP |
| | : | |
| Appellee | : | Appeal from the Judgment of |
| | : | Sentence imposed November 1, |
| | : | 1990 and re-imposed February 24, |
| v. | : | 1993, in the Court of Common |
| | : | Pleas, Philadelphia County, Criminal |
| | : | Division at No. CP-51-CR-0126101- |
| CRAIG MURPHY, | : | 1984.  (Nunc Pro Tunc rights |
| | : | reinstated on May 3, 2017.) |
| Appellant | : | |

## ORDER

**PER CURIAM**                                                    **DECIDED:  October 15, 2020**

**AND NOW,** this 15th day of October, 2020, the appeal is **QUASHED**.  *See Commonwealth v. Reid*, 235 A.3d 1124 (Pa. 2020) (quashing serial appeal after concluding *Williams v. Pennsylvania*, ___ U.S. ___, 136 S.Ct. 1899 (2016), does not provide exception to timeliness requirements of Post-Conviction Relief Act (PCRA), 42 Pa.C.S. §§9541-9546, and thus PCRA court lacked jurisdiction to reinstate appellate rights *nunc pro tunc*).  Appellant's "Application for Leave to File Post-Submission Communication" is **GRANTED**.  Appellant's "Application for Leave to File Supplemental Briefing Addressing the Jurisdiction of the Court in Light of [*Reid*]" is **DENIED**.

Justice Donohue files a concurring statement.

Justice Wecht files a concurring statement.